# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOUISIANA HEALTH SERVICE INDEMNITY CO.,<br>     Plaintiff,<br><br>       v.<br><br>BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, et al.,<br>     Defendants. | No. 3:15-cv-964 (SRU) |

## ORDER

The above-captioned case is hereby made part of MDL Docket 2516, *In re Aggrenox Antitrust Litigation*, and added to the Master File with docket number 3:14-md-2516 (SRU). The Practice and Procedure Order in the Master File (Doc. # 37) will govern the practice and procedure in this action, and all filings shall be filed on that docket. In order to ensure the completeness of the Master File, the plaintiff shall re-file its complaint on that docket.

So ordered.

Dated at Bridgeport, Connecticut, this 31st day of August 2015.

                                                                                         /s/ STEFAN R. UNDERHILL
                                                                                         Stefan R. Underhill
                                                                                         United States District Judge